IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADIA SLAYTON, | : CIVIL ACTION |
| *Plaintiff*, | : |
| v. | : No. 15-0074 |
| SNEAKER VILLA, INC., | : |
| *Defendant*. | : |

### ORDER

**AND NOW**, this 20th day of March, 2017, upon consideration of Defendant's "Motion for Summary Judgment" (Doc. No. 28), Plaintiff's Response in Opposition thereto, and Defendant's Reply, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part** and **DENIED in part** as follows:

- The Motion is **GRANTED** as to Plaintiff's request for punitive damages in connection with her state law PHRA claims and federal ADA retaliation claim. Plaintiff's request for punitive damages is **DISMISSED** as to these claims.

- The Motion is **DENIED** in all other respects.

- It is further **ORDERED** that a telephone conference will be held on **Monday, April 17, 2017 at 11:00 a.m.** to discuss a trial schedule and other pretrial matters. Plaintiff's counsel shall initiate the conference call with defense counsel prior to calling Chambers.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**